UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOU...

FILED FEB 1 5 2000

LORETTA G. WHYTE
CLERK

ROYAL STEVENS, # 342731                    CIVIL ACTION

VERSUS                                     NO. 00-0405

BURL CAIN                                  SECTION
                                           SECT. S MAG. 5

**ORDER**

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☑  the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

☐  the motion is MOOT; the party was previously granted pauper status.

☐  the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐  the motion is DENIED as MOOT; the filing fee has already been paid.

☐  the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons:

_____

_____

New Orleans, Louisiana, this *15* day of *February*, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY FEB 1 6 2000

Fee_____
Process_____
X /Dktd    16
✓ CtRmDep_____
Doc.No. 2