

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROYAL STEVENS                              CIVIL ACTION

VERSUS                                     NO. 00-0405

N. BURL CAIN, WARDEN                       SECTION "S" (5)

ORDER OF RECUSAL

I hereby recuse myself pursuant to the provisions of 28 U.S.C. § 455 (a), because my husband, as a Justice on the Supreme Court of Louisiana, participated in the denial of petitioner's request for a supervisory and/or remedial writ. See *State v. Stevens*, 687 So.2d 399 (La. 1997).

New Orleans, Louisiana, this 17th day of February, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

FEB 17 2000
REALLOTTED TO
SECT. A

DATE OF ENTRY FEB 18 2000

1