

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROYAL STEVENS #342731** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0405** |
| **BURL CAIN** | **SECTION "S"(5)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR THIRD EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due May 1, 2000

2. Undersigned counsel is home due to illness and is currently unable to complete the State's brief. Undersigned counsel expects to be able to complete the State's brief shortly upon return to the office.

3. The State is not aware of any opposition to this motion.

**WHEREFORE,** respondent respectfully requests an additional seven days from the original return date to this Court, or, until the 8th day of May, 2000, in which to file a response in this matter.

DATE OF ENTRY

MAY 0 3 2000

1

Fee
Process
X Dktd
CtRmDep
Doc.No

Respectfully submitted,

/s/ Nicole Barron/SET
NICOLE BRASSEAUX BARRON, BAR NO. 24759
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## ORDER

**IT IS ORDERED** that respondent herein be granted an extension of __7__ day(s), until the __8th__ day of __May__, 2000 in which to file a response in the captioned matter.

_____
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This __2__ day of __May__, 2000,
New Orleans, Louisiana.