

```
                        FILED
                 U.S. DISTRICT COURT
                 EASTERN DISTRICT OF LA

                 2000 JUN -6  P 2: 28

                   LORETTA G. WHYTE
                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROYAL STEVENS                                    CIVIL ACTION

VERSUS                                           NO. 00-405

BURL CAIN, WARDEN                                SECTION "A"

### J U D G M E N T

Considering the written Order of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED, AND DECREED, that the application for federal habeas relief of Royal Stevens be and is hereby dismissed with prejudice as time-barred.

New Orleans, Louisiana, this 6th day of June, 2000.

_____
LORETTA G. WHYTE, CLERK

APPROVED AS TO FORM:

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN - 6 2000