United States District Court
Eastern District of Louisiana

NO: 00-405 A(S)

Royal Stevens
    Petitioner-Appellant

versus

Burl Cain, Warden
LA. State Prison
    Respondent-Appellee

## NOTICE OF APPEAL

Notice is hereby given that Royal Stevens, petitioner above named, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgement signed June 6, 2000, dismissing the petition for writ of Habeas Corpus with prejudice as time-barred. This judgement was received by petitioner June 9, 2000.

WHEREFORE, Royal Stevens, appeals to the above referenced judgement.

15.

Respectfully Submitted,

Royal Stevens
Royal Stevens #342731
Gator 1/R #3
LA. State Prison
Angola, LA. 70712


Done this 22nd day of June, 2000.