

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Royal Stevens #342731 | CIVIL ACTION |
| VERSUS | NO. 00-405 |
| Burl Cain | SECTION "A" (5) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s): Petitioner has failed to make a substantial showing of the denial of a constitutional right. See, order and reasons, entered 6/1/2000 [Rec. Doc. No. 13] and Magistrate judge's report, entered 5/10/2000 [Rec. Doc. No. 11]

Date: June 27, 2000

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 2 8 2000