


IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-30784
USDC No. 00-CV-405-A

ROYAL STEVENS,

                              Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary,

                              Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
--------------------

O R D E R:

    Royal Stevens, Louisiana state prisoner # 342731, has filed a motion for a certificate of appealability (COA), seeking to appeal the district court's dismissal of his 28 U.S.C. § 2254 federal habeas corpus petition as barred by the one-year statute of limitations of 28 U.S.C. § 2244(d). He argues that the limitations period did not begin to run until after he had exhausted his state-court remedies.

    To obtain a COA, an applicant must make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). When, as in this case, the district court has dismissed a habeas petition on a procedural ground, a COA may not issue unless the prisoner shows both (1) "that jurists of reason would find it debatable whether the petition states a valid claim

ORDER
No. 00-30784
- 2 -

of the denial of a constitutional right" and (2) that jurists of reason would find it debatable whether the district court's procedural holding is correct.  See Slack v. McDaniel, 120 S. Ct. 1595, 1604 (2000).  An appeal may not proceed unless the prisoner satisfies both requirements.  Id.  Because it is not so debatable whether the district court's procedural holding is correct, Stevens's application for a COA is DENIED.

_____
JERRY E. SMITH
UNITED STATES CHIEF JUDGE

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
      Deputy
New Orleans, Louisiana       OCT 17 2000